## CIVIL MINUTES – GENERAL

Case No.  **CV 18-01213 SVW (AFM)**                    Date:  **April 18, 2018**

Title    **Kevin W. King v. Best Buy, et al.**

Present:  The Honorable:    ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

On March 13, 2018, Plaintiff was ordered to file a First Amended Complaint by April 12, 2018, and advised that if he fails to timely file a First Amended Complaint, the Court will recommend that the action be dismissed for failure to diligently prosecute.  The docket sheet shows that, as late as the date of this Order, plaintiff has not filed his First Amended Complaint.  Plaintiff has failed to comply with the Court's Order.

Plaintiff shall show cause on or before **May 3, 2018**, why this action should not be dismissed due to plaintiff's failure to prosecute.  The filing of the First Amended Complaint on or before May 2, 2018 shall discharge the order to show cause.  **Plaintiff is hereby cautioned that failing to comply with this Order and/or to show cause, will result in the recommendation that this action be dismissed for failure to prosecute.**

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |