UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WILLIAM KING,<br><br>   Plaintiff,<br><br>   v.<br><br>BEST BUY, *et al.*,<br><br>   Defendants. | Case No. CV 18-01213 SVW (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. No objections to the Report have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered dismissing this action without prejudice for failure to prosecute.

DATED: July 18, 2018

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE