# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WILLIAM KING,<br><br>                Plaintiff,<br><br>    v.<br><br>BEST BUY, *et al.*,<br><br>                Defendants. | Case No. CV 18-01213 SVW (AFM)<br><br>**JUDGMENT** |

      Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

      IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for failure to prosecute.


DATED: July 18, 2018


_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE